UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>PARAMJIT SINGH, individually and doing business as Super Mac Food & Gas #2 and ROBBY SINGH, individually doing business as Super Mac Food & Gas #2, <br><br>　　　　Defendants. | Case No.  1:21-cv-01338-AWI-HBK <br><br> ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL DOCUMENTS <br><br>(Doc. No.  12) <br><br>SEVEN DAY DEADLINE |

On September 3, 2021, Plaintiff commenced this action by filing a complaint against Defendants alleging violations of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq*; the California Unruh Act, California Civil Code § 51 *et seq.*; and California Health & Safety Code §§ 19955, 19959.  (Doc. No. 1, "Complaint").  On April 22, 2022, Plaintiff filed a Motion for Default Judgment as to all Defendants.  (Doc. No. 12, "Motion").  In addition to damages, Plaintiff moves to recover $4,074.22 in attorney's fees and costs in accordance with the ADA and the Unruh Act.  (Doc. No. 12-1 at 7); *see also* 42 U.S.C. § 12205; Cal. Civ. Code § 52(a).  In support of Plaintiff's request for attorney fees, Plaintiff attaches an inventory of time itemizing attorney fees in the amount of $8,446.50 that appears to have been incurred in a different case, not the instant action.  (*See* Doc. No. 12-3 at Exhibit A

referring to the case of *Gilbert v. Balahi* (*Adel's*).  This Court has an independent duty to review an attorney's request for attorney fees.  *See Langer v. Baharian*, 2020 WL 4904657, *6 (C.D. Cal. May 20, 2020) (citing *Gates v. Deukmejian*, 987 F.2d 1392, 1401 (9th Cir. 1992)).

Accordingly, it is **ORDERED**:

Within seven (7) days from the date of this Order, Plaintiff must file a corrected inventory of time for the instant action to accurately reflect attorney's fees for this action.

Dated:   January 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2